**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-609 ADM/AJB**

| | |
|---|---|
| Matana Morin,<br><br>Plaintiff,<br><br>v.<br><br>Risk Management Alternatives, Inc., and Jesse Sanchez<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and her attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Sept. 18, 2001.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
Attorney I.D.#0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFF**

SEP 20 2001
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 20 2001
DEPUTY CLERK ____________



J:\37000 Settled\37234 Morin, Matana v Risk Manag (PFB)\Notice of Dismissal with Pred..doc

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant is DISMISSED WITH PREJUDICE without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 21, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT